# United States Court of Appeals for the Federal Circuit

---

**RIGGS TECHNOLOGY HOLDINGS, LLC,**
*Plaintiff-Appellant*

**v.**

**CENGAGE LEARNING, INC.,**
*Defendant-Appellee*

---

2022-1468

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:21-cv-10778-LTS, Judge Leo T. Sorokin.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 17, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court